UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOHNNY J. GREEN                                                            CIVIL ACTION

VERSUS                                                                          NO.  12-853

FEDERAL CORRECTIONAL INSTITUTE                         SECTION "H"(2)
POLLOCK MEDIUM

### ORDER

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Johnny J. Green for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DENIED** and **DISMISSED WITH PREJUDICE** as time-barred.

New Orleans, Louisiana, this 7th day of November, 2012.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE